■ STELLA M. HENRIQUEZ et al., Appellants, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent. — In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Kings County (Bernstein, J.), dated April 7, 1983, which was in favor of the defendant, upon a jury verdict.

Judgment affirmed, without costs or disbursements.

Neither the trial court's rulings nor defendant's counsel's summation constituted reversible error. Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.